UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                              Criminal No. 03-cr-132-SM

Christopher Langill


                              **O R D E R**

On June 16, 2011, the defendant appeared for a "probable cause" hearing under Fed. R. Crim. P. 32.1 on seven (7) alleged violations of conditions of supervision contained in the superceding petition.  The defendant stipulated to probable cause on the violations, which was approved by the court.

At the hearing, the defendant requested to be released on conditions of bail under Rule 32.1(a)(6).  Under Rule 32.1(a)(6), the defendant bears the burden of establishing by clear and convincing evidence that he will not flee and that he poses no danger to any other person or to the community.  For the reasons more stated on the hearing record, the court finds the defendant has failed to meet this burden and that there are no conditions which are likely to assure his appearance and the safety of the community.

Accordingly, it is **ORDERED** that the defendant be detained pending a final revocation hearing.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

_____
Daniel J. Lynch
United States Magistrate Judge

Date: June 16, 2011

cc: Alfred J.T. Rubega, AUSA
    James P. O'Rourke , Jr., Esq.
    U.S. Marshal
    U.S. Probation